IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA         :
                                   :

    v.                                   :

                                   :         **CASE NO:**

JERRY HAYES,                  :      **7:24-cr-38–WLS–TQL–5**

                                   :

          Defendant.             :

_____

## ORDER

Before the Court is the Government's Motion to Seal (Doc. 15) asking the Court to permit it to file the Motion and Order to Withdraw the Warrant Against Jerry Hayes under seal ("Underlying Motion"). Pursuant to the Court's Local Rules, the Underlying Motion was emailed to the Clerk's Office. The Court has reviewed the Underlying Motion, and finds good cause for sealing the Underlying Motion.

Accordingly, the Government's Motion to Seal (Doc. 15) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the Underlying Motion emailed by Government's counsel under seal to be made available only to the United States Marshals Service, the Parties' counsel and the Court. The Underlying Motion shall remain sealed until further order of the Court.

      **SO ORDERED**, this 6th day of December 2024.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**